UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BOBBY BANKS, *et al*.  PLAINTIFFS

VERSUS  CIVIL ACTION NO. 1:14CV398-LG-RHW

DIRECTV, INC., *et al*.  DEFENDANTS

## ORDER GRANTING MOTIONS TO APPEAR *PRO HAC VICE*

The Court has considered [6] and [7] the Motions to Appear *Pro Hac Vice* filed on behalf of the defendant Multiband Corporation, and finds same to be in accordance with Rule 83.1(d) of the Uniform Local Rules of the United States District Court for the Southern District of Mississippi.

IT IS, THEREFORE, ORDERED that the Motions to Appear *Pro Hac Vice* are hereby **granted**, and Natalie F. Hrubos and Michael Tiliakos shall be admitted *pro hac vice* to serve as co-counsel for the defendant Multiband Corporation, upon the payment of the appropriate filing fees to the Clerk of the Court and completing registration for electronic filing.

SO ORDERED, this the 30th day of January, 2015.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE