IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF MISSISSIPPI

BOBBY BANKS, et al.,

        Plaintiffs,

v.

DIRECTV, INC., et al.,

        Defendants.

Case No. 1:14-CV-00398-LG-RHW

## APPLICATION FOR ADMISSION PRO HAC VICE

(A)  Name:        Todd C. Werts

      Firm Name:    Lear Werts LLP

      Office Address:  2003 W. Broadway, Suite 107

                        Columbia, MO 65203

      Telephone:    573-875-1991    Fax:    573-875-1985

      E-mail:       werts@learwerts.com

(B)  Client(s):     Bobby Banks
      Address:      5007-A Ward Road
                     Port Gibson, MS 39150
      Telephone:   601-618-8062    Fax:

      Client(s):     Zangerio Dogan
      Address:      5678 Sycamore Ridge Road
                     Memphis, TN 38134
      Telephone:   901-832-9495    Fax:

| | |
|---|---|
| Client(s): | Timothy Dogan |
| Address: | 116 Fox Run Dirve |
| | Jackson, MS 39212 |
| Telephone: | 769-798-6592       Fax: _____ |

| | |
|---|---|
| Client(s): | William Frazier |
| Address: | 4335 Oak Spring Drive |
| | Millinton, TN 38053 |
| Telephone: | 901-859-6858       Fax: _____ |

| | |
|---|---|
| Client(s): | Eric Gomez |
| Address: | 420 Timber Way S. |
| | Hernando, MS 38632 |
| Telephone: | 901-569-0890       Fax: _____ |

| | |
|---|---|
| Client(s): | Richard Phillips |
| Address: | 1286 David Road |
| | Coldwater, MS 38618 |
| Telephone: | 901-490-8107       Fax: _____ |

| | |
|---|---|
| Client(s): | Aric Riley |
| Address: | 144-A McDonald Lane |
| | Madison, MS 39110 |
| Telephone: | 601-503-7255       Fax: _____ |

| | |
|---|---|
| Client(s): | Christopher Roberts |
| Address: | 45 J.L. Williams Road, Lot 23 |
| | Hattiesburg, MS 39401 |
| Telephone: | 601-434-1139       Fax: _____ |

| | |
|---|---|
| Client(s): | Van Roden |
| Address: | 1030 35th Street, A6 |
| | Gulf Port, MS 39574 |
| Telephone: | 228-234-4746       Fax: _____ |

| | |
|---|---|
| Client(s): | Ricky Romines |
| Address: | 70 Fence Way Drive |
| | Brandon, MS 39042 |
| Telephone: | 601-502-5961       Fax: _____ |

| | |
|---|---|
| Client(s): | Larry Sanders |
| Address: | 117 Whispering Oaks Xing |
| | Pearl, MS 39208 |
| Telephone: | 601-383-6468       Fax: _____ |

| | |
|---|---|
| Client(s): | Emmanuel Stallworth |
| Address: | 3713 Roberts Road |
| | Moss Point, MS 39562 |
| Telephone: | 228-218-3992         Fax: _____ |
| | |
| Client(s): | Shun Thomas |
| Address: | 2814 Lecren Street |
| | Mobile, AL 36607 |
| Telephone: | 251-473-1124         Fax: _____ |
| | |
| Client(s): | Arthur Vardaman |
| Address: | 313 Timber Ridge Drive |
| | Ridgeland, MS 39157 |
| Telephone: | 601-853-9140         Fax: _____ |
| | |
| Client(s): | Sheldon Watts |
| Address: | 3332 Meridian Street N., Apt. D6 |
| | Huntsville, AL 35811 |
| Telephone: | 256-655-0650         Fax: _____ |
| | |
| Client(s): | Marcus Simpson |
| Address: | 84C Azzie Lee Road |
| | Courtland, MS 38620 |
| Telephone: | 713-355-0424         Fax: _____ |

Has Applicant had a prior or continuing representation in other matters of one or more of the clients Applicant proposes to represent and is there a relationship between those other matter(s) and the proceeding for which Applicant seeks admission?

_____ As explained in the Complaint at paragraphs 74-78, Applicant has previously represented the above clients in their claims against DIRECTV and its related entities in *Arnold v. DIRECTV*, Case No. 10-0352, pending in the Eastern District of Missouri, *Acfalle v. DIRECTV*, 13-8108, formerly pending in the Central District of California, and *Lang v. DIRECTV*, Case No. 10-1085, formerly pending in the Eastern District of Louisiana.

Does Applicant have any special experience, expertise, or other factor that Applicant believes makes it particularly desirable that Applicant be permitted to represent the client(s) Applicant proposes to represent in this case?

_____Based on Applicant's prior representation in the above-referenced cases, Applicant has a certain amount of "institutional knowledge" about the claims at issue and the Defendants' employment practices challenged in this case._

**(C)** Applicant is admitted to practice in the:

    X_____    State of Missouri
    _____    District of Columbia

And is currently in good standing with that Court. A certificate to that effect, issued within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Missouri Supreme Court
207 West High Street
Jefferson City, MO 65101
573-751-4144 (T)
http://www.courts.mo.gov/page.jsp?id=27

All other courts before which Applicant has been admitted to practice:

| Jurisdiction | Period of Admission |
|---|---|
| U.S. Dist. Ct. for the Western District of Missouri | 9/2001-present |
| State of Kansas | 2/2002-present |
| U.S. Dist. Ct. for the District of Kansas | 2/2002-present |
| U.S. Dist. Ct. for the Eastern District of Missouri | 10/2006-present |
| U.S. Dist. Ct. for the District of Colorado | 2/2010-present |
| U.S. Dist. Ct. for the Northern District of Illinois | 9/2012-present |
| U.S. Dist. Ct. for the Eastern District of Colorado | 10/2014-present |

|  |  | Yes | No |
|---|---|---|---|
| **(D)** | Has Applicant been denied admission pro hac vice in this state? |  | X |
|  | Has Applicant had admission pro hac vice revoked in this state? |  | X |
|  | Has Applicant been formally disciplined or sanctioned by any court In this state in the last five years? |  | X |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

N/A

|  |  | Yes | No |
|---|---|---|---|
| **(E)** | Has any formal, written disciplinary proceeding ever been brought against Applicant by a disciplinary authority in any other jurisdiction within the last five years? |  | X |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

N/A

|  |  | Yes | No |
|---|---|---|---|
| **(F)** | Has Applicant been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? |  | X |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's ruling (a copy of the written order or transcript of the oral rulings must be attached to the application).

N/A

**(G)** Please identify each proceeding in which Applicant has filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome Of Application |
|---|---|---|
| NONE | | |

**(H)** Please identify each case in which Applicant has appeared as counsel pro hac vice in this state within the immediately preceding twelve months, ins presently appearing as counsel pro hac vice, or has pending application for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|
| NONE | |

|     |     | Yes | No |
|-----|-----|-----|----|
| **(I)** | Has Applicant read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | | X |
| | Has Applicant read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | | X |

**(J)** Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar No: Cynthia D. Burney,

Firm Name: _____

Office Address: P.O. Box 3387

City: Bay St. Louis          State MS          Zip 39521

Telephone: 228-467-5589          Fax: 228-586-6069

E-mail: cindyburney@bellsouth.net

**(K)** The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of records with Applicant.

/S/ Cindy Burney
Resident Attorney

I certify that the information provided in this Application is true and correct.

1/20/2015
Date

_/s/ Todd C. West_
Applicant's Signature

**Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.**

## CERTIFICATE OF SERVICE

The undersigned Applicant certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the __10th__ day of __February__, 20__15__.

/S/ Cindy Burney
Applicant