**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**BOBBY BANKS**, *et al.*                                                          **PLAINTIFFS**

**v.**                                                          **Case No. 1:14cv398-LG-RHW**

**DIRECTV, LLC**, *et al.*                                                          **DEFENDANTS**

---

**ORDER EXTENDING TIME TO ANSWER**
**OR OTHERWISE RESPOND TO COMPLAINT**

---

Before the Court is [11] Plaintiffs' Unopposed Motion to Vacate Deadline for Defendants to File Motion(s) to Dismiss and to Set Deadline for Plaintiffs to File an Unopposed Motion for Leave to File a First Amended Complaint. The parties have agreed that Plaintiffs will file an unopposed motion to amend the complaint by February 27, 2015, and the motion seeks extension of the deadline for Defendants to file any answer or other response to the complaint until after that date. The Court deems the present motion to be for extension of time for Defendants to answer or otherwise respond to the complaint, and will grant it as such. Defendants' deadline to answer or otherwise respond to the operative complaint is hereby extended to March 30, 2015.

**SO ORDERED** this the 12th day of February, 2015.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE