UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

BOBBY BANKS, *et al.*                                                                   PLAINTIFFS

VERSUS                                         CIVIL ACTION NO. 1:14cvc398-LG-RHW

DIRECTV, INC., *et al.*                                                DEFENDANTS

### ORDER GRANTING MOTION TO APPEAR *PRO HAC VICE*

The Court has considered [12] the Motion to Appear *Pro Hac Vice* and [14] attachment thereto, filed on behalf of the plaintiffs Bobby Banks, Timothy Dogan, Zangerio Dogan, William Frazier, Eric Gomez, Richard Phillips, Aric Riley, Christopher Roberts, Van Roden, Ricky Romines, Larry Sanders, Marcus Simpson, Emmanuel Stallworth, Shun Thomas, Arthur Vardaman, and Sheldon Watts, and finds same to be in accordance with Rule 83.1(d) of the Uniform Local Rules of the United States District Court for the Southern District of Mississippi.

IT IS, THEREFORE, ORDERED that the Motion to Appear *Pro Hac Vice* is hereby **granted**, and Todd C. Werts shall be admitted *pro hac vice* to serve as co-counsel for the plaintiffs Bobby Banks, Timothy Dogan, Zangerio Dogan, William Frazier, Eric Gomez, Richard Phillips, Aric Riley, Christopher Roberts, Van Roden, Ricky Romines, Larry Sanders, Marcus Simpson, Emmanuel Stallworth, Shun Thomas, Arthur Vardaman, and Sheldon Watts, upon the payment of the appropriate filing fee to the Clerk of the Court and completing registration for electronic filing.

SO ORDERED, this the 18th day of February, 2015.

/s/ *Robert H. Walker*
ROBERT H. WALKER
UNITED STATES MAGISTRATE JUDGE