IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| BOBBY BANKS, TIMOTHY DOGAN, ZANGERIO DOGAN, WILLIAM FRAZIER, ERIC GOMEZ,  RICHARD PHILLIPS, ARIC RILEY, CHRISTOPHER ROBERTS, VAN RODEN, RICKY ROMINES, LARRY SANDERS, EMMANUEL STALLWORTH, SHUN THOMAS, ARTHUR VARDAMAN, SHELDON WATTS, and MARCUS SIMPSON,<br><br>    Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC and MULTIBAND CORP.,<br><br>    Defendants. | Case No.  1:14-cv-00398-LG-RHW |

**CERTIFICATE OF SERVICE FOR AMENDED COMPLAINT (Doc. #17)**

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that Document 17, Plaintiffs Amended Complaint  was served on all attorneys of record via the Court's electronic case filing system on March 4, 2015.

              /s/ Cynthia D. Burney
         By _____
           *Attorney for Plaintiff*