IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BOBBY BANKS, ET AL.**                                                                 **PLAINTIFFS**

**V.**                                                               **CASE NO. 1:14-cv-398-LG-RHW**

**DIRECTV, LLC AND MULTIBAND CORP.**                                  **DEFENDANTS**

### UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE ANSWER

COMES NOW DIRECTV, LLC ("DIRECTV"), without waiving and hereby preserving all defenses, and moves as follows:

1.

DIRECTV hereby seeks additional time, up to and including April 14, 2015, in which to serve and file its answer and/or responsive pleading in the above-captioned case. Though working with counsel for Plaintiffs on the agreed extension of the previous responsive pleading deadline, in connection with the agreements reached to allow the filing of the First Amended Complaint, counsel for DIRECTV had not appeared in this case. DIRECTV therefore did not immediately receive the First Amended Complaint when filed with the court. DIRECTV requests the additional time in this light and to permit further review and assessment of the new governing Complaint.

2.

DIRECTV does not seek this extension for the purpose of delay. In addition, counsel for Plaintiff has no objection to the proposed extension.

3.

Therefore, for the foregoing reasons, DIRECTV respectfully requests the Court enter an order granting it additional time, up to and including April 14, 2015, in which to file its answer and/or responsive pleading in this matter.

Respectfully submitted, this 27th day of March, 2015.

                DIRECTV, LLC

                By:   /s/ Robert B. Ireland, III
                        Robert B. Ireland, III

OF COUNSEL:

Robert B. Ireland, III, MSB # 100708
WATKINS & EAGER PLLC
400 E Capitol Street (39201)
Post Office Box 650
Jackson, Mississippi  39205
Telephone:  601.965.1900
Facsimile:  601.965.1901
E-Mail:  rireland@watkinseager.com

# CERTIFICATE OF SERVICE

I do hereby certify that I electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

>Cynthia D. Burney
>cindyburney@bellsouth.net
>
>Todd C. Werts
>werts@learwerts.com
>
>>*Attorneys for Plaintiffs*
>
>Tammy L. Baker
>bakert@jacksonlewis.com
>
>Michael Tiliakos
>mtiliakos@duanemorris.com
>
>Natalie F. Hrubos
>nfhrubos@duanemorris.com
>
>>*Attorneys for Multiband Corp.*

This 27th day of March, 2015.

>/s/ Robert B. Ireland, III
>ROBERT B. IRELAND, III