IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BOBBY BANKS, et al.,**

        **Plaintiffs,**

**v.**

**DIRECTV, LLC, et al.,**

        **Defendants.**

**Case No. 1:14-cv-00398-LG-RHW**

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS**

---

Plaintiffs hereby respectfully move this Court to extend the time within which they may file their opposition to Defendants' motions to dismiss. In support of this Motion, Plaintiffs state as follows:

1. On April 14, 2015, Defendants filed their motions to dismiss the First Amended Complaint and supporting memoranda. *See* Doc. 23-26; *see also* Doc. 27 DIRECTV, LLC's joinder to Multiband's motion filed on April 16, 2015.

2. Plaintiffs' responses to the motions are currently due on April 28, 2015.

3. Due to the press of other business, including briefing in a number of other related cases, Plaintiffs' counsel requests a short extension of time within which to file their oppositions.

4. The undersigned has conferred with counsel for all defendants and they are not opposed the extension requested herein.

WHEREFORE, Plaintiffs pray the Court enter an order extending the time for the filing of their Memoranda in Opposition to the pending motions to dismiss until Friday, May 8, 2015, and for such other and further relief as the Court deems just in the premises.

Dated: April 28, 2015	Respectfully submitted,

**CYNTHIA D. BURNEY, ATTORNEY AT LAW**
Cynthia D. Burney
P.O. Box 3387
Bay St. Louis, MS 39521
Telephone: 228-467-5589
Facsimile: 228-586-6069
Email: cindyburney@bellsouth.net

**HEARIN, LLC**
Jesse B. Hearin, III, *PHV*
La. Bar Roll No. 22422
1009 Carnation Street, Suite E
Slidell, Louisiana 70460
Telephone: 985-639-3377
Email: jbhearin@hearinllc.com

**LEAR WERTS LLP**

By: /s/ Todd C. Werts
Todd C. Werts, *PHV*
Mo. Bar No. 53288
Email: werts@learwerts.com
2003 W. Broadway, Ste. 107
Columbia, Missouri 65203
Telephone: 573-875-1991
Facsimile: 573-875-1985

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was served on all attorneys of record via the Court's electronic case filing system on April 28, 2015.

/s/ Todd C. Werts

*Attorney for Plaintiff*