IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BOBBY BANKS, ET AL.**                                                            **PLAINTIFFS**

**V.**                                                **CASE NO. 1:14-cv-398-LG-RHW**

**DIRECTV, LLC AND MULTIBAND**                          **DEFENDANTS**
**CORP.**

## UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE REBUTTAL IN SUPPORT OF MOTION TO DISMISS

DIRECTV, LLC ("DIRECTV"), moves the Court for a short, 4-day extension of time in which to file its Rebuttal in support of its Motion to Dismiss and would show:

1. DIRECTV has calculated its rebuttal in support of its Motion to Dismiss as being due on Monday, May 18, 2015

2. DIRECTV hereby seeks additional time, up to and including May 22, 2015, in which to serve and file its Rebuttal.

3. DIRECTV does not seek this extension for the purpose of delay, but rather to allow counsel additional time in the light of other deadlines to adequately rebut Plaintiff's lengthy response. Plaintiffs will not be prejudiced by the requested extension.

4. In addition, counsel for Plaintiffs have advised they have no objection to the proposed extension.

5. Therefore, for the foregoing reasons, DIRECTV respectfully requests the Court to enter an order granting it additional time, up to and including May 22, 2015, in which to file its Rebuttal in support of its Motion to Dismiss in this matter.

Respectfully submitted, this 13th day of May, 2015.

            DIRECTV, LLC

         By: /s/ *Robert B. Ireland, III*
            Robert B. Ireland, III

OF COUNSEL:

Robert B. Ireland, III, MSB # 100708
WATKINS & EAGER PLLC
400 E Capitol Street (39201)
Post Office Box 650
Jackson, Mississippi  39205
Telephone:  601.965.1900
Facsimile:  601.965.1901
E-Mail:  rireland@watkinseager.com

## CERTIFICATE OF SERVICE

I do hereby certify that I electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

Cynthia D. Burney
cindyburney@bellsouth.net

Todd C. Werts
werts@learwerts.com

Jesse B. Hearin, III
jbhearin@gmail.com

*Attorneys for Plaintiffs*

Tammy L. Baker
bakert@jacksonlewis.com

Michael Tiliakos
mtiliakos@duanemorris.com

Natalie F. Hrubos
nfhrubos@duanemorris.com

Christina Fletcher
cjfletcher@duanemorris.com

*Attorneys for Multiband Corp.*

This 13th day of May, 2015.

/s/ *Robert B. Ireland, III*
ROBERT B. IRELAND, III