IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

BOBBY BANKS, TIMOTHY DOGAN,
ZANGERIO DOGAN, WILLIAM FRAZIER,
ERIC GOMEZ, RICHARD PHILLIPS, ARIC
RILEY, CHRISTOPHER ROBERTS, VAN          Case No. 1:14-cv-00398
RODEN, RICKY ROMINES, LARRY
SANDERS, EMMANUEL STALLWORTH,
SHUN THOMAS, ARTHUR VARDAMAN,
SHELDON WATTS, and MARCUS
SIMPSON,

        Plaintiffs,

   v.

DIRECTV, INC., DIRECTV, LLC, and
MULTIBAND CORP.,

        Defendants.

**UNOPPOSED MOTION FOR ADDITIONAL TIME TO FILE REBUTTAL IN
SUPPORT OF MULTIBAND'S MOTION TO DISMISS TO DISMISS
FIRST AMENDED COMPLAINT**

Defendant Multiband Corporation ("Multiband"), moves the Court for a short, 4-day
extension of time in which to file its Rebuttal in support of its Motion to Dismiss and would
show:

1.     Multiband has calculated its rebuttal in support of its Motion to Dismiss as being
due on Monday, May 18, 2015.

2.     Multiband hereby seeks additional time, up to and including May 22, 2015, in
which to serve and file its Rebuttal.

3.      Multiband does not seek this extension for the purpose of delay, but rather to allow counsel additional time in the light of other deadlines to adequately rebut Plaintiffs' lengthy response. Plaintiffs will not be prejudiced by the request extension.

4.      In addition, counsel for Plaintiffs have advised they have no objection to the proposed extension.

5.      Defendant DIRECTV, LLC sought similar relief, which the Court granted (See Text Only Order dated 5/14/2015).

6.      Therefore for the foregoing reasons, Multiband respectfully requests the Court to enter an order granting it additional time, up to and including May 22, 2015, in which to file its Rebuttal in support of its Motion to Dismiss in this matter.

Respectfully submitted, this 14th day of May, 2015.

**MULTIBAND CORPORATION**

By: _/ s/ Tammy Baker_

*Tammy Baker*
Jackson Lewis
First Commercial Bank Buildings,
800 Shades Creek Parkway, Suite 870
Birmingham , Al 35209
Telephone: (205)322-3106
Facsimile: (205)322-3101
Email: bakert@jacksonlewis.com

*/s/ Michael Tiliakos*

Michael Tiliakos (Pro Hac Vice)
Natalie F. Hrubos (Pro Hac Vice)
DUANE MORRIS LLP
1540 Broadway
New York, N.Y. 10036-4086
Telephone:  (212) 692-1045
Facsimile:   (212) 202-6231
Email:  MTiliakos@duanemorris.com
028791996

*Attorneys for Defendant Multiband Corp.*

2

## CERTIFICATE OF SERVICE

I, Tammy Baker, hereby certify that, on this date, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document, upon interested parties.

/s/ Tammy Baker
Tammy Baker, Esq.

Dated:  May 14, 2015

3