IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BOBBY BANKS, ET AL.**                                                  **PLAINTIFFS**

**V.**                                             **CASE NO. 1:14-cv-398-LG-RHW**

**DIRECTV, LLC AND MULTIBAND CORP.**                   **DEFENDANTS**

**DIRECTV LLC'S RESPONSE TO PLAINTIFFS' CONDITIONAL MOTION [DOC. 33]**

Defendant DIRECTV, LLC ("DIRECTV") understands Plaintiffs to be asking for permission only to file a motion to amend their Complaint if the Court grants the pending Rule 12(b)(6) motions to dismiss. Nevertheless, by its own terms, Plaintiffs' Motion is premature since the Court has not yet ruled. Any such request for leave to amend must be evaluated in the light of the Court's rulings.

Respectfully submitted, this 4th day of June, 2015

                                                           DIRECTV, LLC

                                         BY:    /s/ *Robert B. Ireland, III*
                                                          ROBERT B. IRELAND, III

OF COUNSEL:

Robert B. Ireland, III, MSB # 100708
Watkins & Eager PLLC
400 E Capitol Street (39201)
Post Office Box 650
Jackson, Mississippi  39205-0650
Telephone:  (601) 965-1900
Facsimile:  (601) 965-1901
E-Mail:  rireland@watkinseager.com

## **CERTIFICATE OF SERVICE**

I do hereby certify that I electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

>Cynthia D. Burney
>cindyburney@bellsouth.net
>
>Todd C. Werts
>werts@learwerts.com
>
>Jesse B. Hearin, III
>jbhearin@gmail.com
>
>*Attorney for Plaintiffs*
>
>Tammy L. Baker
>bakert@jacksonlewis.com
>
>Michael Tiliakos
>mtiliakos@duanemorris.com
>
>Natalie F. Hrubos
>nfhrubos@duanemorris.com
>
>Christina Fletcher
>cjfletcher@duanemorris.com
>
>*Attorneys for Multiband Corp.*

This 4th day of June, 2015.

>  /s/ *Robert B. Ireland, III*
>  ROBERT B. IRELAND, III