IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**BOBBY BANKS, ET AL.**                                                       **PLAINTIFFS**

**V.**                                                            **CASE NO. 1:14-cv-398-LG-RHW**

**DIRECTV, LLC AND MULTIBAND CORP.**                    **DEFENDANTS**

### JOINT UNOPPOSED MOTION TO EXTEND DEADLINES TO ANSWER FIRST AMENDED COMPLAINT

Defendants DIRECTV, LLC and Multiband Corp. file this Joint, Unopposed Motion to Extend Deadlines to Answer the First Amended Complaint as follows:

1. On August 31, 2015, the Court granted, in part, and denied, in part, Defendants' respective motions to dismiss the First Amended Complaint. *See* [Doc. 38]. As a result of this ruling, Defendants have calculated their answer deadlines to be September 14, 2015.

2. On September 1, 2015, the Court also entered an order, in response to the Plaintiffs' earlier motion, setting a deadline of September 15, 2015, for Plaintiffs to file a motion to amend the complaint. *See* Text Order of 9/1/15. Plaintiffs requested this relief to give them an opportunity to address deficiencies in the First Amended Complaint identified by the Court; and Plaintiffs' counsel has advised they will file such a motion.

3. Defendants respectfully request a 30-day extension of their deadline to answer the 41-page, 200-paragraph First Amended Complaint asserted on behalf of 16 different plaintiffs. There is a likelihood that detailed pleading will be replaced by another, equally detailed, but different pleading only a short time later. Such an extension will permit time for Defendants to evaluate the Plaintiffs' requested amendments. If there is no opposition to the proposed

amendments, such an extension will likely prevent Defendants from expending resources to file extensive responsive pleadings to both complaints in quick succession.

4. Defendants do not seek this request for the purposes of delay. In addition, Plaintiffs' counsel has indicated they do not oppose the requested extensions.

5. Therefore, for the foregoing reasons, Defendants respectfully request the Court enter an order which gives them 30 additional days, up to and including October 14, 2015, in which to file their answers to the First Amended Complaint.

Respectfully submitted, this 10th day of September, 2015.

          DIRECTV, LLC

          By:    /s/ Robert B. Ireland, III
                  Robert B. Ireland, III, MSB # 100708
                  WATKINS & EAGER PLLC
                  400 E Capitol Street (39201)
                  Post Office Box 650
                  Jackson, Mississippi 39205
                  Telephone: 601.965.1900
                  Facsimile: 601.965.1901
                  E-Mail: rireland@watkinseager.com

          MULTIBAND CORP.

          By:    /s/ Tammy L. Baker
                  Tammy L. Baker
                  Jackson Lewis P.C.
                  First Commercial Bank Building
                  800 Shades Creek Parkway, Suite 870
                  Birmingham, AL 35209
                  Telephone: (205) 322-3106
                  Facsimile: (205) 322-3131
                  E-Mail: bakert@jacksonlewis.com

          And

        Michael Tiliakos (*Pro Hac Vice*)
        Christina J. Fletcher (*Pro Hac Vice*)
        Natalie F. Hrubos (*Pro Hac Vice*)
        DUANE MORRIS LLP
        1540 Broadway
        New York, NY  10036-4086
        Telephone:  (212) 692-1000
        Facsimile:  (212) 692-1020
        E-Mail:  mtiliakos@duanemorris.com
        cjfletcher@duanemorris.com
        nfhrubos@duanemorris.com

## CERTIFICATE OF SERVICE

I do hereby certify that I electronically filed the foregoing document with the Clerk of Court using the ECF system, which sent notification of such filing to the following:

Cynthia D. Burney
cindyburney@bellsouth.net

Todd C. Werts
werts@learwerts.com

*Attorneys for Plaintiffs*

Tammy L. Baker
bakert@jacksonlewis.com

Michael Tiliakos
mtiliakos@duanemorris.com

Natalie F. Hrubos
nfhrubos@duanemorris.com

*Attorneys for Multiband Corp.*

This 10th day of September, 2015.

        /s/ Robert B. Ireland, III
        ROBERT B. IRELAND, III

3