IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| BOBBY BANKS, TIMOTHY DOGAN, ZANGERIO DOGAN, WILLIAM FRAZIER, ERIC GOMEZ, RICHARD PHILLIPS, ARIC RILEY, CHRISTOPHER ROBERTS, VAN RODEN, RICKY ROMINES, LARRY SANDERS, EMMANUEL STALLWORTH, SHUN THOMAS, ARTHUR VARDAMAN, SHELDON WATTS, and MARCUS SIMPSON,<br><br>          Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC and MULTIBAND CORP.,<br><br>          Defendants. | Case No. 1:14-cv-00398-LG-RHW |

### MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT

Plaintiffs move for leave to file a Second Amended Complaint pursuant to Rule 15 of the Federal Rules of Civil Procedure. A copy of the proposed amended complaint is attached as Exhibit 1. A copy of the proposed amended complaint in redline format to show the changes between the First Amended Complaint and the Second is attached as Exhibit 2.

### ARGUMENT

Under Federal Rule of Civil Procedure 15(a)(2), "a party may amend its pleading only with the opposing party's written consent or the court's leave. The court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). This language establishes a "presumption in favor of granting parties leave to amend," which serves the aim of

"promoting litigation on the merits rather than on procedural technicalities." *Mayeaux v. La. Health Serv. And Indem. Co.*, 376 F.3d 420, 425, 427 (5th Cir. 2004). Though the decision whether to grant leave to amend is committed to a district judge's discretion, "the term 'discretion' in this context may be misleading, because Fed. R. Civ. P. 15(a) evinces a bias in favor of granting leave to amend." *Id.* (internal quotation marks omitted). Thus, a district court abuses its discretion if it denies leave to amend without a "substantial reason," such as undue delay, bad faith, dilatory motive, repeated failures to cure deficiencies, undue prejudice, or futility of amendment. *Id.* at 425 (citing *Foman v. Davis*, 371 U.S. 178, 182 (1962)).

Per the Court's text-only order of September 1, 2015, Plaintiffs file this motion for leave to file a Second Amended Complaint. The proposed complaint clarifies and amplifies the deficiency described in the Court's order granting in part and denying in part the defendants' motions to dismiss as they relate to the allegations of a willful violation of the Fair Labor Standards Act by Defendant Multiband Corporation.

## **CONCLUSION**

For the reasons set forth above, the Court should grant Plaintiffs' Motion for Leave to File a First Amended Complaint, and such other and further relief as the Court deems just in the premises.

Dated: September 15, 2015            Respectfully submitted,

/s/ Cynthia D. Burney

By: _____
Cynthia D. Burney
**CYNTHIA D. BURNEY, ATTORNEY AT LAW**
P.O. Box 3387
Bay St. Louis, MS 39521
228-222-1088
Fax: 877-386-6072
Email: cindyburney@bellsouth.net

Jesse B. Hearin, III
**HEARIN, LLC**
La. Bar Roll No. 22422
1009 Carnation Street, Suite E
Slidell, Louisiana 70460
Telephone:   985-639-3377
Email: jbhearin@hearinllc.com

Todd C. Werts, *AdmittedPHV*
**LEAR WERTS LLP**
Mo. Bar No. 53288
Email: werts@learwerts.com
2003 W. Broadway, Ste. 107
Columbia, Missouri 65203
Telephone:   573-875-1991
Facsimile:   573-875-1985
*Attorneys for Plaintiffs*

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing was served on all attorneys of record via the Court's electronic case filing system on September 15, 2015.

By /s/ Cynthia D. Burney
*Attorney for Plaintiff*