IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| BOBBY BANKS, TIMOTHY DOGAN, ZANGERIO DOGAN, WILLIAM FRAZIER, ERIC GOMEZ, RICHARD PHILLIPS, ARIC RILEY, CHRISTOPHER ROBERTS, VAN RODEN, RICKY ROMINES, LARRY SANDERS, EMMANUEL STALLWORTH, SHUN THOMAS, ARTHUR VARDAMAN, SHELDON WATTS, and MARCUS SIMPSON,<br><br>   Plaintiffs,<br><br>  v.<br><br>DIRECTV, INC., DIRECTV, LLC, and MULTIBAND CORP.,<br><br>   Defendants. | Case No. 1:14-cv-00398 |

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that effective September 23, 2015, Natalie F. Hrubos, counsel for Defendant, Multiband Corporation, in the above-captioned matter, will relocate to the Newark Office of Duane Morris.  The new address and contact information for the undersigned is as follows:

  DUANE MORRIS LLP
  One Riverfront Plaza
  1037 Raymond Boulevard, Suite 1800
  Newark, NJ 07102
  Telephone: (973) 424-2027
  Facsimile: (215) 405-3710
  Email: NFHrubos@duanemorris.com

Dated:  September 23, 2015

DUANE MORRIS LLP

By /S/ Natalie F. Hrubos
    Natalie F. Hrubos, Esq. (pro hac vice)
    One Riverfront Plaza
    1037 Raymond Boulevard
    Suite 1800
    Newark, NJ 07120
    Telephone: (973) 424-2027
    Email: NFHrubos@duanemorris.com
    *Attorneys for Defendant Multiband Corp.*

TO:    All Counsel of Record, via ECF