IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| BOBBY BANKS, TIMOTHY DOGAN, ZANGERIO DOGAN, WILLIAM FRAZIER, ERIC GOMEZ, RICHARD PHILLIPS, ARIC RILEY, CHRISTOPHER ROBERTS, VAN RODEN, RICKY ROMINES, LARRY SANDERS, EMMANUEL STALLWORTH, SHUN THOMAS, ARTHUR VARDAMAN, SHELDON WATTS, and MARCUS SIMPSON,<br><br>       Plaintiffs,<br><br>       v.<br><br>DIRECTV, INC., DIRECTV, LLC, and MULTIBAND CORP.,<br><br>       Defendants. | Case No. 1:14-cv-00398 |

**CERTIFICATE OF SERVICE**

I, Natalie F. Hrubos, hereby certify that, on this date, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system, and that such electronic filing automatically generates a Notice of Electronic Filing constituting service of the filed document, upon interested parties.

Dated:  September 25, 2015

/s/ Natalie F. Hrubos
Natalie. F Hrubos.
DUANE MORRIS LLP
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, New Jersey 07102
Tel: 973-424-2027