IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| BOBBY BANKS, TIMOTHY DOGAN, ZANGERIO DOGAN, WILLIAM FRAZIER, ERIC GOMEZ, RICHARD PHILLIPS, ARIC RILEY, CHRISTOPHER ROBERTS, VAN RODEN, RICKY ROMINES, LARRY SANDERS, EMMANUEL STALLWORTH, SHUN THOMAS, ARTHUR VARDAMAN, SHELDON WATTS, and MARCUS SIMPSON,<br><br>          Plaintiffs,<br><br>v.<br><br>DIRECTV, LLC and MULTIBAND CORP.,<br><br>          Defendants. | Case No. 1:14-cv-00398-LG-RHW |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that Plaintiffs' Second Amended Complaint was filed with the Court's CM/ECF system on the 1st day of October, 2015. That system will serve copies on counsel of record for all parties.

Dated: October 9, 2015 Respectfully submitted,

/s/ Cynthia D. Burney
By: _____
Cynthia D. Burney
**CYNTHIA D. BURNEY, ATTORNEY AT LAW**
P.O. Box 3387
Bay St. Louis, MS 39521
228-467-5589
Fax: 228/586-6069
Email: cindyburney@bellsouth.net

Jesse B. Hearin, III
**HEARIN, LLC**
La. Bar Roll No. 22422
1009 Carnation Street, Suite E
Slidell, Louisiana 70460
Telephone: 985-639-3377
Email: jbhearin@hearinllc.com

Todd C. Werts, *Admitted PHV*
**LEAR WERTS LLP**
Mo. Bar No. 53288
Email: werts@learwerts.com
2003 W. Broadway, Ste. 107
Columbia, Missouri 65203
Telephone: 573-875-1991
Facsimile: 573-875-1985
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the above Certificate of Service regarding Plaintiffs' Second Amended Complaint was filed with the Court's CM/ECF system on the 9th day of October, 2015.  That system will serve copies on counsel of record for all parties.

/s/ Cynthia D. Burney
By: _____

2