AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the
Southern District of Mississippi
Southern Division

| | |
|---|---|
| BOBBY BANKS, TIMOTHY DOGAN, ET. AL ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:14-CV-00398-LG-RHW |
| ) | |
| DIRECTV, LLC AND MULTIBAND CORP. ) | |
| *Defendants* ) | |

## NOTICE OF APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, DIRECTV, LLC

Date: 10/14/15

*/s/ W. Thomas Siler, Jr.*

*Attorney's Signature*

W. THOMAS SILER, JR., MB #6791

*Printed name and bar number*

4270 I-55 North
Jackson, Mississippi 39211-6391

*Address*

silert@phelps.com

*E-mail address*

(601) 352-2300

*Telephone number*

(601) 360-9777

*FAX number*

**CERTIFICATE OF SERVICE**

I, W. THOMAS SILER, JR., do hereby certify that I have this date electronically filed the above and foregoing NOTICE OF ENTRY OF APPEARANCE OF COUNSEL with the Clerk of the Court using the CM/ECF system which sent notification of such filing to the following counsel of record:

    Tammy L. Baker
    JACKSON LEWIS, PC - Birmingham
    First Commercial Bank Building
    800 Shades Creek Parkway, Suite 870
    Birmingham, AL 35209
    Telephone: 205-332-3106
    Facsimile: 205-332-3131
    bakert@jacksonlewis.com

    Christina Fletcher - PHV
    DUANE MORRIS, LLP - New York
    1540 Broadway
    New York, NY 10036
    Telephone: 212-471-4720
    Facsimile: 212-656-1219
    cjfletcher@duanemorris.com

    Michael Tiliakos - PHV
    DUANE MORRIS, LLP - New York
    1540 Broadway
    New York, NY 10036
    Telephone: 212-692-1045
    Facsimile: 212-202-6231
    mtiliakos@duanemorris.com

    Natalie F. Hrubos - PHV
    DUANE MORRIS, LLP - Newark
    One Riverfront Plaza
    1037 Raymond Blvd., Suite 1800
    Newark, NJ 07102
    Telephone: 973-424-2027
    Facsimile: 215-405-3710
    nfhrubos@duanemorris.com

    ***ATTORNEYS FOR DEFENDANT MULTIBAND, CORP.***

Cynthia D. Burney
CYNTHIA D. BURNEY, ATTORNEY AT LAW
P.O. box 3387
Bay St. Louis, MS  3952
Telephone:  228-467-5589
Facsimile:  228-586-6069
cindyburney@bellsouth.net

Jesse B. Hearin, III
HEARIN, LLC
1009 Carnation Street, Ste. E
Slidell, LA  70460
Telephone:  985-639-3377
jbhearin@hearinllc.com

Todd C. Werts
LEAR WERTS LLP
2003 W. Broadway, Ste. 107
Columbia, MS  65203
Telephone:  573-875-1991
Facsimile:  573-875-1985
werts@learwerts.com

***ATTORNEYS FOR PLAINTIFF***

    */s/ W. Thomas Siler, Jr.*
    W. THOMAS SILER, JR.