**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**SOUTHERN DIVISION**

**BOBBY BANKS, TIMOTHY DOGAN, ET AL.**                                    **PLAINTIFFS**

**VS.**                                    **CIVIL ACTION NO.: 1:14-CV-398-LG-RHW**

**DIRECTV, LLC and MULTIBAND CORP.**                                    **DEFENDANTS**

**UNOPPOSED MOTION FOR EXTENSION OF TIME**

COMES NOW Defendant, DIRECTV, LLC ("Defendant"), and moves the Court for an extension of time in which to answer or otherwise respond to Plaintiffs' Second Amended Complaint. In support of this Motion, Defendantswould show unto the Court as follows:

1.      Plaintiffs filed the Second Amended Complaint on October 1, 2015. A response is currently due on or about October 14, 2015.

2.      Due to prior time constraints, and in order to adequately respond to the allegations set forth in the complaint, Defendant requests a nine (9) day extension of time, up to and through October 23, 2015, to answer or otherwise respond to the Second Amended Complaint.

3.      Plaintiffs' counsel has been contacted and represented they have no objection to this extension of time.

4.      This Motion is not being made for the purpose of delay and the Plaintiffs will not be prejudiced by such an extension.

WHEREFORE, PREMISES CONSIDERED, Defendant requests an extension of time in which to answer or otherwise respond to Plaintiffs' Second Amended Complaint until October 23, 2015.

THIS, the 14th day of October, 2015.

Respectfully submitted,

PHELPS DUNBAR LLP

BY:  */s/ W. Thomas Siler, Jr.*

W. Thomas Siler, Jr., MB #6791
4270 I-55 North
Jackson, Mississippi 39211-6391
Post Office Box 16114
Jackson, Mississippi  39236-6114
Telephone: 601-352-2300
Facsimile: 601-360-9777
Email:  silert@phelps.com

**ATTORNEY FOR DIRECTV, LLC**

## CERTIFICATE OF SERVICE

I, W. THOMAS SILER, JR., do hereby certify that on October 14, 2015, I electronically

filed the foregoing *MOTION FOR EXTENSION OF TIME* with the Clerk of the Court using the

ECF system which sent notification of such filing to the following:

Tammy L. Baker
JACKSON LEWIS, PC - Birmingham
First Commercial Bank Building
800 Shades Creek Parkway, Suite 870
Birmingham, AL 35209
Telephone:  205-332-3106
Facsimile:  205-332-3131
bakert@jacksonlewis.com

Christina Fletcher - PHV
DUANE MORRIS, LLP - New York
1540 Broadway
New York, NY 10036
Telephone:  212-471-4720
Facsimile: 212-656-1219
cjfletcher@duanemorris.com

Michael Tiliakos - PHV
DUANE MORRIS, LLP - New York
1540 Broadway
New York, NY 10036
Telephone:  212-692-1045
Facsimile: 212-202-6231
mtiliakos@duanemorris.com

Natalie F. Hrubos - PHV
DUANE MORRIS, LLP - Newark
One Riverfront Plaza
1037 Raymond Blvd., Suite 1800
Newark, NJ 07102
Telephone:  973-424-2027
Facsimile: 215-405-3710
nfhrubos@duanemorris.com

*ATTORNEYS FOR DEFENDANT MULTIBAND, CORP.*

PD.18230016.1

Cynthia D. Burney
CYNTHIA D. BURNEY, ATTORNEY AT LAW
P.O. box 3387
Bay St. Louis, MS  3952
Telephone:  228-467-5589
Facsimile:  228-586-6069
cindyburney@bellsouth.net

Jesse B. Hearin, III
HEARIN, LLC
1009 Carnation Street, Ste. E
Slidell, LA  70460
Telephone:  985-639-3377
jbhearin@hearinllc.com

Todd C. Werts
LEAR WERTS LLP
2003 W. Broadway, Ste. 107
Columbia, MS  65203
Telephone:  573-875-1991
Facsimile:  573-875-1985
werts@learwerts.com

***ATTORNEYS FOR PLAINTIFF***

SO CERTIFIED, this the 14th day of October, 2015.


*/s/ W. Thomas Siler, Jr.*
W. THOMAS SILER, JR.